AO 91 (Rev. 11/11) Criminal Complaint

DOA: 11/2/2026

# UNITED STATES DISTRICT COURT

for the
District of Arizona

United States of America
v.
Jose Luis Osorio-Animas,
a.k.a.: Jose Osorio Animas,
A #215 864 711

*Defendant*

Case No. 26-3464MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 2, 2026, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Jose Luis Osorio-Animas, an alien, was found in the United States at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Phoenix, Arizona, on or about October 30, 2020, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference herein**

C. Bailey Jr.
Digitally signed by CHARLES BAILEY
Date: 2026.11.03 10:03:59 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Cole Chandler

☒ Continued on the attached sheet.

SHAMEKIA P LEGGETT
Digitally signed by SHAMEKIA P LEGGETT
Date: 2026.11.03 10:45:48 -07'00'

*Complainant's signature*

Shamekia Leggett
Deportation Officer

*Printed name and title*

Sworn to telephonically.

Date: November 3, 2026

M Morrissey

*Judge's signature*

City and state: Phoenix, Arizona

Michael T. Morrissey
United States Magistrate Judge

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Shamekia Leggett, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about November 1, 2026, Phoenix Immigration and Customs Enforcement Joint Operations Group (ICE JOG) officers received investigative information through immigration databases regarding previously removed alien subjects believed to be present in the United States unlawfully. ICE JOG officers initiated an investigation to locate the alien subjects. On or about November 2, 2026, ICE JOG officers conducted surveillance near a residence in or around Chandler, Arizona. ICE JOG officers observed an individual believed to be Jose Luis Osorio-Animas, a previously removed alien, drive away in a vehicle. ICE JOG officers performed a vehicle stop using emergency lights and sirens, and encountered Osorio-Animas in Chandler. Osorio-Animas was taken into ICE custody and transported to the Phoenix ICE office for further investigation and processing. Osorio-Animas was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

///

3. Immigration history checks revealed Jose Luis Osorio-Animas to be a citizen of Mexico and a previously deported alien. Osorio-Animas was removed from the United States to Mexico through Phoenix, Arizona, on or about October 30, 2020, pursuant to a final order of removal issued by an immigration official. There is no record of Osorio-Animas in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Osorio-Animas's immigration history was matched to him by electronic fingerprint comparison.

4. On or about November 2, 2026, Jose Luis Osorio-Animas was advised of his constitutional rights. Osorio-Animas freely and willingly acknowledged his rights but did not agree to provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 2, 2026, Jose Luis Osorio-Animas, an alien, was found in the United States at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Phoenix, Arizona, on or about October 30, 2020, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally

authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

SHAMEKIA P LEGGETT
Digitally signed by SHAMEKIA P LEGGETT
Date: 2026.11.03 10:46:42 -07'00'

Shamekia Leggett
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
November 3, 2026

M Morrissey

Michael T. Morrissey
United States Magistrate Judge